**HYDEN v. JACKSON WATER COMPANY.**

(Decided December 2, 1930.)

E. C. HYDEN for movant.

GRANNIS BACH opposed.

PER CURIAM. Judgment for $100 in an action on note, and dismissal of counterclaim.

Appeal denied; judgment affirmed.

**WILSON COMPANY v. CRAB ORCHARD SPRINGS HOTEL COMPANY.**

(Decided March 27, 1931.)

H. C. CLAY and KELLY J. FRANCIS for movant.

P. M. McROBERTS and K. S. ALCORN opposed.

PER CURIAM. Judgment overruling exceptions to receiver's report on claim for $371.26.

Appeal denied; judgment affirmed.